In the Matter of Katie Cutrie, Respondent; 664 Bay Ridge Avenue Corporation, Appellant.

Submitted March 3, 1937; decided March 23, 1937.

*Michael M. Helfgott, Jacob Schechner* and *Mitchell J. Levin* for appellant.

*Milton Hertz* and *Charles Wilson* for respondent.

Order affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ.